**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-1625**

———————

DINO J. BROCCOLI,

                                    Plaintiff - Appellant,

        and

ANDREW SKLAR, Esquire and Trustee of Dino J.
Broccoli,

                                    Plaintiff,

        versus

ECHOSTAR  COMMUNICATIONS  CORPORATION;  DISH
NETWORK SERVICE CORPORATION; STACIE ANDERSEN,

                                    Defendants - Appellees.

-------------------------

SANDRA FULLER,

                                                    Movant.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Andre M. Davis, District Judge.  (CA-03-
3447-AMD)

———————

Submitted:  January 26, 2006        Decided:  January 30, 2006

———————

Before LUTTIG, WILLIAMS, and GREGORY, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Dino J. Broccoli, Appellant Pro Se. Robert Ross Niccolini, Elena Daly Marcuss, MCGUIREWOODS, L.L.P., Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dino J. Broccoli appeals from the district court's denial of his motion for a new trial following the jury's verdict returned after seven days of witness testimony, in his civil discrimination case filed against his former employer, in which he alleged sexual harassment and retaliation.  Having reviewed the record and the issues raised on appeal, we find that the appeal is without merit.  Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal on the reasoning of the district court.  Broccoli v. EchoStar Commnc'ns Corp., No. CA-03-3447-AMD (D. Md. Mar. 20, 2005).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

DISMISSED